## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BLANCHE DENISE JACKSON, ELIZABETH
ANN SIFUENTES, ESMERELDA SIFUENTES,
ESTHER HERNANDEZ, PHILLIP GOLDEN, and
WILLIE MARTINEZ on behalf of themselves
and other persons similarly situated, known
and unknown;

                Plaintiffs,

                                            Case No. _____

vs.                                         Hon. _____

MASTRONARDI PRODUCE LIMITED, a
foreign corporation, MASTRONARDI II, LLC,
a Michigan corporation formerly known as
MASTRONARDI PRODUCE-USA, LLC,
MASTRONARDI PRODUCE-USA, INC., a
Michigan corporation formerly known as
MASTRONARDI PRODUCE, INC.,

And

MINUTE MEN, INC. a foreign corporation also
known as MINUTE MEN STAFFING SERVICES,
MINUTE MEN STAFFING OF MICHIGAN,
INC., a Michigan corporation also known as
MINUTE MEN STAFFING SERVICES.

                Defendants.

_____/

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE
## ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by the above-named Defendant Minute Men Staffing of Michigan and Mastronardi Produce-USA, Inc. and/or their parents, subsidiaries, and affiliated companies within the prior three (3) years, that I have not been paid the federally mandated minimum wages/and or overtime wages due to me pursuant to 29 USC §§206-207.  I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.


Name:         ESMERELDA SIFUENTES

Signature:    *Esmeralda R. Sifuentes*

Date on which I signed this notice:  4-7-11


John Philo
Tony Paris
MAURICE & JANE SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
Attorney for Plaintiff
4605 Cass Avenue, Second Floor
Detroit, Michigan 48201
313-993-4505/Fax: 313-887-8470
Attorneys for Plaintiffs

Stuart Shoup
Allyson Oliver
KRESCH OLIVER, PLLC
24100 Southfield Rd., Suite 305
Southfield, Michigan 48075
248-327-6556/Fax: 248-436-3385
Co-Counsel - Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BLANCHE DENISE JACKSON, ELIZABETH
ANN SIFUENTES, ESMERELDA SIFUENTES,
ESTHER HERNANDEZ, PHILLIP GOLDEN, and
WILLIE MARTINEZ on behalf of themselves
and other persons similarly situated, known
and unknown;

                 Plaintiffs,

vs.

                                        Case No. _____
                                        Hon. _____

MASTRONARDI PRODUCE LIMITED, a
foreign corporation, MASTRONARDI II, LLC,
a Michigan corporation formerly known as
MASTRONARDI PRODUCE-USA, LLC,
MASTRONARDI PRODUCE-USA, INC., a
Michigan corporation formerly known as
MASTRONARDI PRODUCE, INC.,

And

MINUTE MEN, INC. a foreign corporation also
known as MINUTE MEN STAFFING SERVICES,
MINUTE MEN STAFFING OF MICHIGAN,
INC., a Michigan corporation also known as
MINUTE MEN STAFFING SERVICES.

                 Defendants.

_____/

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE**
**ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below, I represent to the Court that I have been employed by the above-named Defendant Minute Men Staffing of Michigan and Mastronardi Produce-USA, Inc. and/or their parents, subsidiaries, and affiliated companies within the prior three (3) years, that I have not been paid the federally mandated minimum wages/and or overtime wages due to me pursuant to 29 USC §§206-207.  I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.


Name:        ELIZABETH ANN SIFUENTES

Signature:   *Elizabeth A Sifuentes*

Date on which I signed this notice:  4 - 7 - 11


John Philo
Tony Paris
MAURICE & JANE SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
Attorney for Plaintiff
4605 Cass Avenue, Second Floor
Detroit, Michigan 48201
313-993-4505/Fax: 313-887-8470
Attorneys for Plaintiffs

Stuart Shoup
Allyson Oliver
KRESCH OLIVER, PLLC
24100 Southfield Rd., Suite 305
Southfield, Michigan 48075
248-327-6556/Fax: 248-436-3385
Co-Counsel - Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BLANCHE DENISE JACKSON, ELIZABETH
ANN SIFUENTES, ESMERELDA SIFUENTES,
ESTHER HERNANDEZ, PHILLIP GOLDEN, and
WILLIE MARTINEZ on behalf of themselves
and other persons similarly situated, known
and unknown;

                    Plaintiffs,

                                             Case No. _____
vs.                                     Hon. _____

MASTRONARDI PRODUCE LIMITED, a
foreign corporation, MASTRONARDI II, LLC,
a Michigan corporation formerly known as
MASTRONARDI PRODUCE-USA, LLC,
MASTRONARDI PRODUCE-USA, INC., a
Michigan corporation formerly known as
MASTRONARDI PRODUCE, INC.,

And

MINUTE MEN, INC. a foreign corporation also
known as MINUTE MEN STAFFING SERVICES,
MINUTE MEN STAFFING OF MICHIGAN,
INC., a Michigan corporation also known as
MINUTE MEN STAFFING SERVICES.

                    Defendants.

_____/

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE**
**ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below, I represent to the Court that I have been employed by the above-named Defendant Minute Men Staffing of Michigan and Mastronardi Produce-USA, Inc. and/or their parents, subsidiaries, and affiliated companies within the prior three (3) years, that I have not been paid the federally mandated minimum wages/and or overtime wages due to me pursuant to 29 USC §§206-207.  I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.


Name:        PHILLIP GOLDEN

Signature:   _Phillip Golden_


Date on which I signed this notice:  _April 7, 11_


| | |
|---|---|
| John Philo | Stuart Shoup |
| Tony Paris | Allyson Oliver |
| MAURICE & JANE SUGAR LAW CENTER | KRESCH OLIVER, PLLC |
| FOR ECONOMIC & SOCIAL JUSTICE | 24100 Southfield Rd., Suite 305 |
| Attorney for Plaintiff | Southfield, Michigan 48075 |
| 4605 Cass Avenue, Second Floor | 248-327-6556/Fax: 248-436-3385 |
| Detroit, Michigan 48201 | Co-Counsel - Attorneys for Plaintiffs |
| 313-993-4505/Fax: 313-887-8470 | |
| Attorneys for Plaintiffs | |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

BLANCHE DENISE JACKSON, ELIZABETH
ANN SIFUENTES, ESMERELDA SIFUENTES,
ESTHER HERNANDEZ, PHILLIP GOLDEN, and
WILLIE MARTINEZ on behalf of themselves
and other persons similarly situated, known
and unknown;

        Plaintiffs,

vs.

        Case No. _____
        Hon. _____

MASTRONARDI PRODUCE LIMITED, a
foreign corporation, MASTRONARDI II, LLC,
a Michigan corporation formerly known as
MASTRONARDI PRODUCE-USA, LLC,
MASTRONARDI PRODUCE-USA, INC., a
Michigan corporation formerly known as
MASTRONARDI PRODUCE, INC.,

And

MINUTE MEN, INC. a foreign corporation also
known as MINUTE MEN STAFFING SERVICES,
MINUTE MEN STAFFING OF MICHIGAN,
INC., a Michigan corporation also known as
MINUTE MEN STAFFING SERVICES.

        Defendants.

_____/

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE
## ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by the above-named Defendant Minute Men Staffing of Michigan and Mastronardi Produce-USA, Inc. and/or their parents, subsidiaries, and affiliated companies within the prior three (3) years, that I have not been paid the federally mandated minimum wages/and or overtime wages due to me pursuant to 29 USC §§206-207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name:        BLANCHE DENISE JACKSON

Signature:   *Blanche Denise Jackson*

Date on which I signed this notice: 4/6/2011

<table>
<tr><td>John Philo</td><td>Stuart Shoup</td></tr>
<tr><td>Tony Paris</td><td>Allyson Oliver</td></tr>
<tr><td>MAURICE & JANE SUGAR LAW CENTER</td><td>KRESCH OLIVER, PLLC</td></tr>
<tr><td>FOR ECONOMIC & SOCIAL JUSTICE</td><td>24100 Southfield Rd., Suite 305</td></tr>
<tr><td>Attorney for Plaintiff</td><td>Southfield, Michigan 48075</td></tr>
<tr><td>4605 Cass Avenue, Second Floor</td><td>248-327-6556/Fax: 248-436-3385</td></tr>
<tr><td>Detroit, Michigan 48201</td><td>Co-Counsel - Attorneys for Plaintiffs</td></tr>
<tr><td>313-993-4505/Fax: 313-887-8470</td><td></td></tr>
<tr><td>Attorneys for Plaintiffs</td><td></td></tr>
</table>

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BLANCHE DENISE JACKSON, ELIZABETH
ANN SIFUENTES, ESMERELDA SIFUENTES,
ESTHER HERNANDEZ, PHILLIP GOLDEN, and
WILLIE MARTINEZ on behalf of themselves
and other persons similarly situated, known
and unknown;

     Plaintiffs,

                Case No. _____
vs.                Hon. _____

MASTRONARDI PRODUCE LIMITED, a
foreign corporation, MASTRONARDI II, LLC,
a Michigan corporation formerly known as
MASTRONARDI PRODUCE-USA, LLC,
MASTRONARDI PRODUCE-USA, INC., a
Michigan corporation formerly known as
MASTRONARDI PRODUCE, INC.,

And

MINUTE MEN, INC. a foreign corporation also
known as MINUTE MEN STAFFING SERVICES,
MINUTE MEN STAFFING OF MICHIGAN,
INC., a Michigan corporation also known as
MINUTE MEN STAFFING SERVICES.

     Defendants.

_____/

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by the above-named Defendant Minute Men Staffing of Michigan and Mastronardi Produce-USA, Inc. and/or their parents, subsidiaries, and affiliated companies within the prior three (3) years, that I have not been paid the federally mandated minimum wages/and or overtime wages due to me pursuant to 29 USC §§206-207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name:     WILLIE MARTINEZ

Signature:   _Willie R. Martinez II_

Date on which I signed this notice:  _4/7/2011_


John Philo
Tony Paris
MAURICE & JANE SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
Attorney for Plaintiff
4605 Cass Avenue, Second Floor
Detroit, Michigan 48201
313-993-4505/Fax: 313-887-8470
Attorneys for Plaintiffs

Stuart Shoup
Allyson Oliver
KRESCH OLIVER, PLLC
24100 Southfield Rd., Suite 305
Southfield, Michigan 48075
248-327-6556/Fax: 248-436-3385
Co-Counsel - Attorneys for Plaintiffs